1  Diane Doolittle (Bar No. 142046)
   dianedoolittle@quinnemanuel.com
2  Katherine Makhzoumi (Bar No. 286116)
   katemakhzoumi@quinnemanuel.com
3  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   555 Twin Dolphin Drive, 5th Floor
4  Redwood Shores, CA  94065
   Telephone: (650) 801-5000
5  Facsimile: (650) 801-5100

6  *Attorneys for Defendants Google Inc., PayPal, Inc.,
   and Stripe, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABU MAISA, INC., a California corporation., on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FLINT MOBILE, INC. a Delaware corporation, GOOGLE, INC., a Delaware corporation, INTUIT, INC., a Delaware corporation, PAYPAL, INC., a Delaware corporation, SQUARE, INC., a Delaware corporation, STRIPE, INC., a Delaware corporation,<br>　　　　　Defendants. | Case No.  4:15-cv-06338-JST<br><br>**SECOND JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Date Complaint Filed: 12/31/15 |

JOINT STIPULATION TO EXTEND TIME
CASE NO. 4:15-cv-06338-JST

1    WHEREAS Plaintiff filed its Complaint on December 31, 2015;

2    WHEREAS, on February 2, 2016, Plaintiff and Defendants Google Inc., Intuit Inc., PayPal, Inc., Square, Inc., and Stripe, Inc. (collectively, the "Identified Defendants") stipulated to allow the Identified Defendants additional time to respond to the Complaint. (Dkt. No. 14.) The Identified Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint is March 31, 2016;

WHEREAS, the parties agree that the Identified Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended from March 31, 2016 to and including April 14, 2016; and

WHEREAS, the stipulated extension does not affect the initial case management conference or any other existing date or deadline.

NOW THEREFORE, pursuant to Northern District of California Civil Local Rule 6-1, Defendants Google Inc., Intuit Inc., PayPal, Inc., Square, Inc., and Stripe, Inc. and Plaintiff Abu Maisa, Inc., by and through their counsel of record, hereby stipulate and agree to extend the time for the Identified Defendants to answer, move, or otherwise respond to Plaintiff's Complaint to April 14, 2016. This extension is without prejudice to any rights of any of the parties hereto.

DATED: February 29, 2016    MCGRANE PC

By: _/s/_____
      William McGrane

*Attorneys for Plaintiff*
ABU MAISA, INC.

DATED: February 29, 2016    WILSON SONSINI GOODRICH & ROSATI
      Professional Corporation

By: _/s/_____
      Colleen Bal

*Attorneys for Defendant*
SQUARE, INC.

| | | |
|---|---|---|
| 1 | DATED:  February 29, 2016 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | By:  */s/* |
| 3 | |         Austin Schwing |
| 4 | | *Attorneys for Defendant*<br>INTUIT Inc. |
| 5 | | |
| 6 | DATED:  February 29, 2016 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 7 | | |
| 8 | | By:  */s/*<br>        Diane Doolittle |
| 9 | | *Attorneys for Defendants*<br>GOOGLE INC., PAYPAL, INC. and STRIPE, INC. |

**ATTESTATION**

I, Diane Doolittle, am the ECF user whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

DATED: February 29, 2016                QUINN EMANUEL URQUHART & SULLIVAN LLP


By: ___/s/_____
        Diane M. Doolittle

*Attorneys for Defendants*
GOOGLE INC., PAYPAL, INC. and STRIPE, INC.