UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABU MAISA, INC., <br><br>      Plaintiff, <br><br> v. <br><br> FLINT MOBILE, INC, et al., <br><br>      Defendants. | Case No.  15-cv-06338-JST <br><br> **CASE MANAGEMENT ORDER** |

The Court will conduct a hearing on Defendants' anticipated motion to dismiss on standing grounds on June 30, 2016 at 2:00 p.m.  The Initial Case Management Conference currently set for April 20, 2016 is CONTINUED to June 30, 2016 at 2:00 p.m.  An updated Joint Case Management Statement is due by June 23, 2016.

IT IS SO ORDERED.

Dated:  April 19, 2016

_____
JON S. TIGAR
United States District Judge