UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABU MAISA, INC., <br><br>    Plaintiff, <br><br> v. <br><br> FLINT MOBILE, INC, et al., <br><br>    Defendants. | Case No. 15-cv-06338-JST <br><br> **ORDER APPROVING STIPULATION** <br><br> Re: ECF No. 47 |

Pursuant to the parties' stipulation, ECF No. 47, the Court will continue the Case Management Conference, currently scheduled for June 30, 2016, until September 28, 2016 at 2:00 p.m. A Case Management Statement is due by September 19, 2016.

IT IS SO ORDERED.

Dated: June 16, 2016

_____
JON S. TIGAR
United States District Judge