Diane Doolittle (Bar No. 142046)
dianedoolittle@quinnemanuel.com
Katherine Makhzoumi (Bar No. 286116)
katemakhzoumi@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendants Google Inc., PayPal, Inc., and Stripe, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ABU MAISA, INC., a California corporation., on behalf of itself and all others similarly situated, <br><br>   Plaintiffs, <br><br> vs. <br><br> FLINT MOBILE, INC. a Delaware corporation, GOOGLE, INC., a Delaware corporation, INTUIT, INC., a Delaware corporation, PAYPAL, INC., a Delaware corporation, SQUARE, INC., a Delaware corporation, STRIPE, INC., a Delaware corporation, <br><br>   Defendant. | CASE NO. 3:15-cv-06338-JST <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT AND MEDIATION DEADLINES** |

Plaintiff Abu Maisa, Inc. ("Plaintiff") and Defendants Google Inc., Intuit Inc., PayPal, Inc., Square, Inc., and Stripe, Inc. (collectively, the "Identified Defendants") hereby enter the following Joint Stipulation and [Proposed] Order to modify deadlines currently established by this Court's Orders in the above-captioned proceeding:

WHEREAS, on March 16, 2016, the parties submitted and this Court approved a Stipulation and Proposed Order requiring the parties to participate in mediation under this Court's ADR Local Rules on or before September 16, 2016 (Dkt. Nos. 32; 36);

WHEREAS, the Court scheduled the Initial Case Management Conference for September 28, 2016, and the deadline to file the Case Management Statement for September 19, 2016 (Dkt. No. 48);

WHEREAS, this action is related to *White v. Square*, No. 3:15-cv-04539-JST ("*White v. Square*"), currently before this Court;

WHEREAS, a motion to dismiss is currently pending in *White v. Square* (*White v. Square*, Dkt. No. 44) that addresses whether a party that has not registered for a service has standing to sue for alleged discrimination under the terms governing that service under the California Unruh Civil Rights Act. That issue is also raised in this case;

WHEREAS, Plaintiff has indicated an intention to file an amended complaint in this case after the Court rules on the pending motion to dismiss in the related *White v. Square* case, which would make mediation and case management focused on the current complaint inefficient and wasteful;

WHEREAS, the parties agree that this Court's decision on defendant's motion to dismiss the Second Amended Complaint in *White v. Square* may be dispositive of Plaintiff's standing in this case and substantially influence the mediation and case management of Plaintiff's proposed amended complaint in this case;

WHEREAS, this Court has already moved the Case Management Conference on one prior occasion (Dkt. No. 48) to allow the parties to see how this Court would rule on the motion to dismiss in the related matter of *White v. Square*;

WHEREAS, the parties filed an initial Joint Case Management Statement on April 6, 2016 (Dkt. No. 43), and the case has not advanced substantively since that date due to developments in *White v. Square*;

WHEREAS, due to the unresolved state of the pleadings and to preserve the parties' and the Court's time and resources, the parties agree that the current schedule should be extended;

NOW THEREFORE, pursuant to Northern District of California Civil Local Rules 6-1 and 6-2, the Identified Defendants and Plaintiff Abu Maisa, Inc., by and through their counsel of record, hereby stipulate, subject to the Court's approval, as follows:

**STIPULATION**

1. The deadline to conduct a private mediation by an agreed-upon mediator shall be moved from September 16, 2016, to 60 days after a ruling is issued on the pending motion to dismiss the second amended complaint in the related matter of *White v. Square*, Case No. 15-cv-04539-JST.

2. The Case Management Conference currently scheduled for September 28, 2016 shall be moved to 75 days after a ruling is issued on the pending motion to dismiss the second amended complaint in the related matter *White v. Square*, or as soon thereafter as determined by the Court.  The Joint Case Management Statement, currently due September 19, 2016, will be moved to a date not less than seven court days before the rescheduled Case Management Conference.

DATED: August 25, 2016        MCGRANE PC

By ___/s/ William McGrane___
William McGrane
*Attorneys for Plaintiff*
ABU MAISA, INC.

DATED: August 25, 2016        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By ___/s/ Diane Doolittle___
Diane Doolittle
*Attorneys for Defendants*
GOOGLE INC., PAYPAL, INC. and STRIPE, INC.

DATED: August 25, 2016        WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By ___/s/ Colleen Bal___
Colleen Bal
*Attorneys for Defendant*
SQUARE INC.

DATED: August 25, 2016        GIBSON, DUNN & CRUTCHER LLP

By ___/s/ Austin Schwing___
Austin Schwing
*Attorneys for Defendant*
INTUIT Inc.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED:  August 29, 2016



Honorable Jon S. Tigar
United States District