Diane Doolittle (Bar No. 142046)
dianedoolittle@quinnemanuel.com
Katherine Makhzoumi (Bar No. 286116)
katemakhzoumi@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendants Google Inc., PayPal, Inc., and Stripe, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABU MAISA, INC., a California corporation., on behalf of itself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>FLINT MOBILE, INC. a Delaware corporation, GOOGLE, INC., a Delaware corporation, INTUIT, INC., a Delaware corporation, PAYPAL, INC., a Delaware corporation, SQUARE, INC., a Delaware corporation, STRIPE, INC., a Delaware corporation,<br><br>                    Defendant. | CASE NO. 3:15-cv-06338-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY MEDIATION DEADLINE** |

Plaintiff Abu Maisa, Inc. ("Plaintiff") and Defendants Google Inc., Intuit Inc., PayPal, Inc., Square, Inc., and Stripe, Inc. ("Defendants") hereby enter the following Joint Stipulation and [Proposed] Order to modify deadlines currently established by this Court's Orders in the above-captioned proceeding:

WHEREAS, on March 16, 2016, the parties submitted, and this Court approved, a Stipulation and Proposed Order requiring the parties to participate in mediation under this Court's ADR Local Rules on or before September 16, 2016 (Dkt. Nos. 32; 36);

WHEREAS, this action is related to *White v. Square*, No. 3:15-cv-04539-JST ("*White v. Square*"), currently before this Court;

WHEREAS, on August 25, 2016, the parties submitted a Stipulation and Proposed Order extending the deadlines to conduct (1) a private mediation, and (2) the Initial Case Management Conference, to 60 days and 75 days, respectively, after a ruling on the pending Motion to Dismiss the Second Amended Complaint in *White v. Square* (Dkt. No. 50);

WHEREAS, on August 29, 2016, the Court granted the parties' Stipulation and Proposed Order;

WHEREAS, on September 14, 2016, the Court granted Defendant's Motion to Dismiss Second Amended Complaint, with prejudice, in *White v. Square*;

WHEREAS, the parties' deadline to conduct a private mediation is currently November 14, 2016;

WHEREAS, a motion to dismiss is currently pending in this action (Dkt. No. 53) that seeks to dismiss Plaintiff's claims against defendants for the same reasons the Court granted defendant Square, Inc.'s motion to dismiss in the *White v. Square* action. In particular, Defendants argue that Plaintiff lacks statutory standing to bring claims under the California Unruh Civil Rights Act because it never sought to sign up for the Defendants' services;

1  WHEREAS, a motion for a new trial is currently pending in *White v. Square*
2  (*White v. Square*, Dkt. No. 61);

3  WHEREAS, the parties agree that the outcome of this Court's decision on
4  Defendants' Motion to Dismiss the First Amended Complaint may substantially
5  influence, and potentially moot, the need for mediation in this case;

6  WHEREAS, this Court has moved the deadline to conduct mediation on one
7  prior occasion (Dkt. No. 51), and has moved the Case Management Conference on
8  two prior occasions (Dkt. No. 48 and Dkt. No. 51) for purposes of judicial efficiency
9  because this action raises substantially the same standing issue that has been the
10 subject of Square's motions to dismiss in *White v. Square*;

11 WHEREAS, the parties filed an initial Joint Case Management Statement on
12 April 6, 2016 (Dkt. No. 43), and the case has not advanced substantively since that
13 date due to developments in *White v. Square*;

14 WHEREAS, due to the unresolved state of the pleadings and to preserve the
15 parties' and the Court's time and resources, the parties agree that the current
16 schedule should be extended;

17 NOW THEREFORE, pursuant to Northern District of California Civil Local
18 Rules 6-1 and 6-2, Defendants and Plaintiff Abu Maisa, Inc., by and through their
19 counsel of record, hereby stipulate, subject to the Court's approval, as follows:

**STIPULATION**

21  1. The deadline to conduct a private mediation by an agreed-upon
22 mediator shall be moved from November 14, 2016, to February 27, 2017.

24 DATED: October 24, 2016            MCGRANE PC

                                    By  */s/ William McGrane*
                                        William McGrane
                                        *Attorneys for Plaintiff*
                                        ABU MAISA, INC.

1  DATED:  October 24, 2016            QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

                                       By      /s/ *Diane Doolittle*
                                           Diane Doolittle
                                           *Attorneys for Defendants*
                                           GOOGLE INC., PAYPAL, INC. and
                                           STRIPE, INC.

7  DATED:  October 24, 2016            WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation

                                       By      /s/ *Colleen Bal*
                                           Colleen Bal
                                           *Attorneys for Defendant*
                                           SQUARE INC.

12 DATED:  October 24, 2016            GIBSON, DUNN & CRUTCHER LLP

                                       By      /s/ *Austin Schwing*
                                           Austin Schwing
                                           *Attorneys for Defendant*
                                           INTUIT Inc.

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | DATED: October 25, 2016

_____
Honorable Jon S. Tigar
United States District Judge